AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Mississippi__

FILED
NOV 24, 2009
DAVID CREWS, CLERK
BY _____ DEPUTY
1:58 pm

UNITED STATES OF AMERICA

V.

RANDY BENHAM

## WAIVER OF INDICTMENT

CASE NUMBER: 1:09CR148

I, RANDY BENHAM, the above named defendant, who is accused of fraud by use of the U.S. Mail, making materially false statements and representations to an agency of the United States Government and conspiracy to conduct financial transactions knowing the proceeds were from unlawful activity.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/24/2009__ prosecution by indictment and consent that the pro-
*Date*

ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*